### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| FRANCIS E. CHARLES and THERESA J. CHARLES, | **Case No.** 1:21-cv-260 |
| Plaintiffs, | |
| v. | **ACTION FOR DAMAGES AND INJUNCTIVE RELIEF** |
| LIMETREE BAY VENTURES, LLC; LIMETREE BAY HOLDINGS, LLC; LBR LIQUIDATING TRUST; DAVID M. DUNN; LIMETREE BAY TERMINALS (D.B.A. OCEAN POINT TERMINALS), LLC; ARCLIGHT CAPITAL PARTNERS, LLC; FREEPOINT COMMODITIES, LLC; and JOHN DOES 1-100, | **JURY TRIAL DEMANDED** **CLASS ACTION** |
| Defendants. | |

### MOTION FOR LEAVE TO FILE FIRST AMENDED
### CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs and Class Representatives, Francis E. Charles and Theresa J. Charles on behalf of themselves and all others similarly situated, who respectfully request that this Honorable Court grant Plaintiffs' Motion for Leave to File a First Amended Class Action Complaint. A copy of the proposed First Amended Class Action Complaint has been filed contemporaneously herewith.

Plaintiffs and Class Representatives filed their initial Class Action Complaint on May 20, 2021 in the Superior Court of the Virgin Islands, Division of St. Croix, from which it was removed on June 24, 2021. (Dkt. No. 1). To date, none of the named Defendants have answered Plaintiffs' initial Class Action Complaint. Upon information from opposing counsel and very limited discovery, Plaintiffs have determined the names of additional proper defendants, namely, Limetree

Bay Holdings, LBR Liquidating Trust, and David M. Dunn. Additionally, Plaintiffs wish to amend the claims included in their initial Class Action Complaint, in order to clarify the remedies that they are currently seeking, and to account for administrative and factual developments that have occurred and come to light since the initial filing of their Complaint.

Federal Rule of Civil Procedure 15(a)(1)(B) allows amendment once as a matter of course when "the pleading is one to which a responsive pleading is required," such as a Complaint, within 21 days after service of a responsive pleading or motion. That time has not yet run here. Moreover, Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's consent or the court's leave, and "[t]he court should freely give leave when justice so requires." "The Third Circuit has shown a strong liberality in allowing amendments under Rule 15 to ensure that claims will be decided on the merits rather than on technicalities." *Brown v. Camden City School Dist.*, 2020 WL 60550070 at *2 (D.N.J, 2020)(citing *Dole v. Arco Chem. Co.*, 921 F.2d 484, 487 (3rd Cir. 1990). "Leave to amend under Rule 15 should be denied only in certain circumstances, such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice, or clear futility of the amendment[.]" *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Fed. Deposit Ins. Corp. v. Bathgate*, 27 F.3d 850, 874 (3rd Cir. 1994).

Plaintiffs and Class Representatives bring this Motion in good faith. Plaintiffs and Class Representatives filed their initial Class Action Complaint on May 20, 2021 (Rec. Doc. 1), and Defendants have not yet filed responsive pleadings. Defendants will not be prejudiced, suffer undue delay, or incur any disadvantages should the Court grant this Motion and enter Plaintiffs and Class Representatives' First Amended Class Action Complaint into the record.

Based on the foregoing, Plaintiffs and Class Representatives, respectfully request that this Honorable Court grant this Motion for Leave and that the First Amended Class Action Complaint be filed into the record of this matter. The proposed First Amended Class Action Complaint is attached here as an exhibit, as is a redline comparison of the First Amended Class Action Complaint to Plaintiffs' initial Complaint.

        Respectfully submitted,

**LAW OFFICES OF JOHN K. DEMA, PC.**
Attorneys for Plaintiffs

Dated: January 10, 2023

   /s/ John K. Dema
JOHN K. DEMA, Esquire
1236 Strand Street, Suite 103
Christiansted, St. Croix, VI 00820
VI Bar Number: 357
Telephone: (340) 773-6142
Email: jdema@demalaw.com