## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0259** |
| **FRANCIS E. CHARLES and THERESA J. CHARLES,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br><br>Plaintiffs,<br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br><br>Defendants. | **Civil Action No. 2021-0261** |

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al., Case No. 1:21-CV-00261
**PLAINTIFFS' WITNESS LIST**
Page 2

## **PLAINTIFFS' WITNESS LIST**

Pursuant to this Court's Order dated May 8, 2023, Cotton Plaintiffs submit the following Witness List for the hearing on June 6, 2023:

### **WILL CALL WITNESS**

1) Marver Antoine (via live testimony) (expected length of 45 minutes).
   539 Mount Pleasant
   St. Croix, USVI 00840

   Ms. Antoine is expected to testify as to her home being contaminated by the discharges, her use of the former water program, her need for a water program and what, from her experience, is needed for a proper water program.

                                    RESPECTFULLY SUBMITTED
                                    LEE J. ROHN AND ASSOCIATES, LLC
                                    Attorneys for Plaintiffs


DATED: May 30, 2023             BY:  /s/ *Lee J. Rohn*
                                    Lee J. Rohn, Esq.
                                    VI Bar No. 52
                                    1108 King Street, Suite 3 (mailing)
                                    56 King Street, Third Floor (physical)
                                    Christiansted, St. Croix
                                    U.S. Virgin Islands 00820
                                    Telephone: (340) 778-8855
                                    **lee@rohnlaw.com**

Cotton, Beecher, et. al. v. Limetree Bay Ventures, LLC, et. al., Case No. 1:21-CV-00261
**PLAINTIFFS' WITNESS LIST**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record

BY: /s/ *Lee J. Rohn* (kj)