# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CLIFFORD BOYNES, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0253** |
| **HELEN SHIRLEY, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0259** |
| **MARY L. MOORHEAD, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0260** |
| **BEECHER COTTON, et al.,**<br>    Plaintiffs,<br><br>v.<br><br>**LIMETREE BAY VENTURES, LLC, et al.,**<br>    Defendants. | **Civil Action No. 2021-0261** |

**PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
AND RELATED RELIEF**

i

NOW INTO COURT, through undersigned counsel, come Plaintiffs, on behalf of themselves and the proposed Settlement Class as defined in the Memorandum in Support filed herewith and the Settlement Agreement attached hereto as Exhibit A, and file this Motion seeking preliminary approval of a $17.5 million Settlement that will resolve all of their claims against the Settling Defendants, Defendants ArcLight Capital Partners, LLC; ArcLight Energy Partners Fund VI, L.P.; ArcLight Limetree AIV, L.P.; Limetree Bay Holdings, LLC; Limetree Bay Preferred Holdings, LLC; and Freepoint Commodities LLC (collectively, the "Settling Defendants") arising out of, or relating to, the series of environmental releases from the Limetree Bay Refinery that occurred during the time period from February 2021 to May 2021.

This Settlement has been reached only after Plaintiffs, through Class Counsel, thoroughly investigated the facts and law relating to the allegations in the Litigation and conducted extensive discovery. The Settling Parties engaged in extensive, difficult, complex, and arm's length-negotiations, including through mediation overseen by the Court-appointed mediator. Plaintiffs and Settling Defendants have reached a class action settlement, the first such settlement in the Litigation. Plaintiffs now seek to begin the settlement approval process mandated by Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order (1) conditionally certifying the Settlement Class and preliminarily approving the Settlement as fair, reasonable and adequate; (2) finally appointing the already-appointed Co-Lead Class Counsel to represent the Settlement Class; (3) approving the proposed Notice Plan; (4) establishing the Objection and Opt-Out Deadline; (5) appointing Epiq, which has already been appointed to administer the injunctive water program, as the Settlement Administrator; and (6) setting a date for the Final Approval Hearing.

                                                          Respectfully submitted,

DATED: April 3, 2025          BY:    */s/ Kerry J. Miller*
                                                           Kerry J. Miller, Esq.
                                                           Rebekka C. Veith, Esq.
                                                           C. Hogan Paschal, Esq.
                                                           FISHMAN HAYGOOD, L.L.P.
                                                           201 St. Charles Avenue, 46th Floor
                                                           New Orleans, Louisiana 70170
                                                           Telephone: (504) 586-5252
                                                           kmiller@fishmanhaygood.com
                                                           rveith@fishmanhaygood.com
                                                           hpaschal@fishmanhaygood.com

DATED: April 3, 2025          BY:    */s/ Hugh Lambert*
                                                             Hugh Lambert, Esq.
                                                           J. Christopher Zainey, Esq.
                                                           Brian Mersman, Esq.
                                                           LAMBERT ZAINEY SMITH & SOSO, APLC
                                                           701 Magazine Street
                                                           New Orleans, Louisiana 70130
                                                           Telephone: (504) 581-1750
                                                           Facsimile: (504) 529-2931
                                                           hlambert@lambertainey.com
                                                           czainey@lambertzainey.com
                                                           bmersman@lambertzainey.com

DATED: April 3, 2025          BY:    */s/ John K. Dema*
                                                            John K. Dema, Esq.
                                                           LAW OFFICES OF JOHN K. DEMA, PC
                                                           1236 Strand Street, Suite 103
                                                           Christiansted, St. Croix, VI 00820

DATED: April 3, 2025          BY:    */s/ Jennifer Jones*
                                                            Jennifer Jones, Esq.
                                                           9003 Havensight Mall, Ste. 319
                                                           St. Thomas, V.I. 00802
                                                           Telephone: (340) 779-7386
                                                           jjones@vienvironmentallaw.com

                                                           Counsel for the *Boynes* Plaintiffs

DATED: April 3, 2025								BY:	/s/ *Shanon J. Carson*
											Shanon J. Carson, Esq.
											Yechiel Michael Twersky, Esq.
											John Kerrigan, Esq.
											BERGER MONTAGUE PC
											1818 Market Street, Suite 3600
											Philadelphia, PA 19103
											Telephone: (215) 875-3000
											scarson@bm.net
											mitwersky@bm.net
											jkerrigan@bm.net

DATED: April 3, 2025								BY:	/s/ *Lee J. Rohn*
											Lee J. Rohn, Esq.
											Rhea R. Lawrence, Esq.
											1108 King Street, Suite 3 (mailing)
											56 King Street, Third Floor (physical)
											Christiansted, St. Croix
											U.S. Virgin Islands 00820
											Telephone: (340) 778-8855
											lee@rohnlaw.com
											rhea@rohnlaw.com

											Counsel for the *Cotton* Plaintiffs

DATED: April 3, 2025								BY:	/s/ *Daniel H. Charest*
											Warren T. Burns, Esq.
											Daniel H. Charest., Esq.
											Martin D. Barrie, Esq.
											Quinn M. Burns, Esq.
											Anna Katherine Benedict, Esq.
											BURNS CHAREST LLP
											900 Jackson Street, Suite 500
											Dallas, Texas 75202
											Telephone: (469) 904-4550
											wburns@burnscharest.com
											dcharest@burnscharest.com
											mbarrie@burnscharest.com
											qburns@burnscharest.com
											abenedict@burnscharest.com

3

DATED: April 3, 2025                    BY:   /s/ Korey A. Nelson
                                                                              Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com

DATED: April 3, 2025                    BY:   /s/ Timothy W. Burns
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone: (608) 286-2302
tburns@burnsbair.com

DATED: April 3, 2025                    BY:   /s/ Vincent Colianni II
Vincent Colianni, II, Esq.
Vincent A. Colianni, Esq.
Marina Leonard, Esq.
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com

DATED: April 3, 2025                    BY:   /s/ C. Jacob Gower
C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

Counsel for the *Shirley* Plaintiffs

4

| | |
|---|---|
| DATED: April 3, 2025 | BY: */s/ John K. Dema*<br>John K. Dema, Esq. (V.I. Bar. No. 357)<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 773-6142<br>jdema@demalaw.com |
| DATED: April 3, 2025 | BY: */s/ Hugh Lambert*<br>Hugh Lambert, Esq.<br>J. Christopher Zainey, Esq.<br>Brian Mersman, Esq.<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |

Counsel for the *Moorhead* Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court's ECF system on April 3, 2025, which sent notice to counsel of record.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

5