IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0253 |
| HELEN SHIRLEY, et al.,<br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0259 |
| MARY L. MOORHEAD, et al.,<br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0260 |
| BEECHER COTTON, et al.,<br>    Plaintiffs,<br><br>v.<br><br>LIMETREE BAY VENTURES, LLC, et al.,<br>    Defendants. | Civil Action No. 2021-0261 |

**PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
<u>AND RELATED RELIEF</u>**

i

NOW INTO COURT, through undersigned counsel, come Plaintiffs, on behalf of themselves and the proposed Settlement Class as defined in the Memorandum in Support filed herewith and the Settlement Agreement attached thereto as Exhibit A, and file this Motion seeking preliminary approval of a $550,000.00 Settlement that will resolve all of their claims the Settling Contractor Defendant, Pinnacle Services, LLC, arising out of, or relating to, the series of environmental releases from the Limetree Bay Refinery that occurred during the time period from February 2021 to May 2021.

This Settlement has been reached only after Plaintiffs, through Class Counsel, thoroughly investigated the facts and law relating to the allegations in the Litigation and conducted extensive discovery. The Settling Parties engaged in extensive, difficult, complex, and arm's length-negotiations, including through mediation overseen by the Court-appointed mediator. Plaintiffs and Pinnacle have reached a class action settlement, the second settlement in the Litigation. Plaintiffs now seek to begin the settlement approval process mandated by Federal Rule of Civil Procedure 23(e).

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order (1) conditionally certifying the Settlement Class and preliminarily approving the Settlement as fair, reasonable and adequate; (2) finally appointing the already-appointed Co-Lead Class Counsel to represent the Settlement Class; (3) approving the proposed Notice Plan; (4) establishing the Objection and Opt-Out Deadline; (5) appointing Epiq, which has already been appointed to administer the injunctive water program, as the Settlement Administrator; and (6) setting a date for the Final Approval Hearing. The Parties respectfully request that, in order to facilitate joint administration of this Settlement with the ArcLight/Freepoint Settlement, the Court set for hearing and issue its rulings on this Motion for

1

Preliminary Approval at the same time as it does so for the Motion for Preliminary Approval of the ArcLight/Freepoint Settlement filed on April 3, 2025 ("April 3 Preliminary Approval Motion"). Dkt. 1099.

                                                                              Respectfully submitted,

DATED: April 29, 2025              BY:   */s/ Kerry J. Miller*
                                                          Kerry J. Miller, Esq.
                                                          Rebekka C. Veith, Esq.
                                                          C. Hogan Paschal, Esq.
                                                          FISHMAN HAYGOOD, L.L.P.
                                                          201 St. Charles Avenue, 46th Floor
                                                          New Orleans, Louisiana 70170
                                                          Telephone: (504) 586-5252
                                                          kmiller@fishmanhaygood.com
                                                          rveith@fishmanhaygood.com
                                                          hpaschal@fishmanhaygood.com

DATED: April 29, 2025              BY:   */s/ Hugh Lambert*
                                                          Hugh Lambert, Esq.
                                                          J. Christopher Zainey, Esq.
                                                          Brian Mersman, Esq.
                                                          LAMBERT ZAINEY SMITH & SOSO, APLC
                                                          701 Magazine Street
                                                          New Orleans, Louisiana 70130
                                                          Telephone: (504) 581-1750
                                                          Facsimile: (504) 529-2931
                                                          hlambert@lambertainey.com
                                                          czainey@lambertzainey.com
                                                          bmersman@lambertzainey.com

DATED: April 29, 2025              BY:   */s/ John K. Dema*
                                                          John K. Dema, Esq.
                                                          LAW OFFICES OF JOHN K. DEMA, PC
                                                          1236 Strand Street, Suite 103
                                                          Christiansted, St. Croix, VI 00820

DATED: April 29, 2025              BY:   */s/ Jennifer Jones*
                                                          Jennifer Jones, Esq.
                                                          9003 Havensight Mall, Ste. 319
                                                          St. Thomas, V.I. 00802
                                                          Telephone: (340) 779-7386
                                                          jjones@vienvironmentallaw.com

                                                          Counsel for the *Boynes* Plaintiffs

2

DATED: April 29, 2025                     BY:     /s/ *Shanon J. Carson*
                                                                Shanon J. Carson, Esq.
                                                                Yechiel Michael Twersky, Esq.
                                                                John Kerrigan, Esq.
                                                                BERGER MONTAGUE PC
                                                                1818 Market Street, Suite 3600
                                                                Philadelphia, PA 19103
                                                                Telephone: (215) 875-3000
                                                                scarson@bm.net
                                                                mitwersky@bm.net
                                                                jkerrigan@bm.net

DATED: April 29, 2025                     BY:     /s/ *Lee J. Rohn*
                                                                Lee J. Rohn, Esq.
                                                                Rhea R. Lawrence, Esq.
                                                                1108 King Street, Suite 3 (mailing)
                                                                56 King Street, Third Floor (physical)
                                                                Christiansted, St. Croix
                                                                U.S. Virgin Islands 00820
                                                                Telephone: (340) 778-8855
                                                                lee@rohnlaw.com
                                                                rhea@rohnlaw.com

                                                                Counsel for the *Cotton* Plaintiffs

DATED: April 29, 2025                     BY:   /s/ *Daniel H. Charest*
                                                               Warren T. Burns, Esq.
                                                                Daniel H. Charest., Esq.
                                                                Martin D. Barrie, Esq.
                                                                Quinn M. Burns, Esq.
                                                                Anna Katherine Benedict, Esq.
                                                                BURNS CHAREST LLP
                                                                900 Jackson Street, Suite 500
                                                                Dallas, Texas 75202
                                                                Telephone: (469) 904-4550
                                                                wburns@burnscharest.com
                                                                dcharest@burnscharest.com
                                                                mbarrie@burnscharest.com
                                                                qburns@burnscharest.com
                                                                abenedict@burnscharest.com

DATED: April 29, 2025           BY:   /s/ Korey A. Nelson
                                      Korey A. Nelson, Esq.
                                      H. Rick Yelton, Esq.
                                      BURNS CHAREST LLP
                                      365 Canal Street, Suite 1170
                                      New Orleans, LA 70130
                                      Telephone: (504) 799-2845
                                      knelson@burnscharest.com
                                      ryelton@burnscharest.com

DATED: April 29, 2025           BY:   /s/ Timothy W. Burns
                                      Timothy W. Burns
                                      BURNS BAIR LLP
                                      10 E. Doty Street, Suite 600
                                      Madison, Wisconsin 53703
                                      Telephone: (608) 286-2302
                                      tburns@burnsbair.com

DATED: April 29, 2025           BY:   /s/ Vincent Colianni II
                                      Vincent Colianni, II, Esq.
                                      Vincent A. Colianni, Esq.
                                      Marina Leonard, Esq.
                                      COLIANNI & LEONARD LLC
                                      2120 Company Street
                                      Christiansted, VI 00820
                                      Telephone: (340) 719-1766
                                      vinny@colianni.com
                                      vince@colianni.com
                                      marina@colianni.com

DATED: April 29, 2025           BY:   /s/ C. Jacob Gower
                                      C. Jacob Gower, Esq.
                                      GOWER LEGAL LLC
                                      1919 Pine Street
                                      New Orleans, LA 70118
                                      Telephone: (337) 298-9734
                                      jacob@gowerlegal.com

                                      Counsel for the *Shirley* Plaintiffs

DATED: April 29, 2025           BY:   /s/ John K. Dema
                                      John K. Dema, Esq. (V.I. Bar. No. 357)
                                      LAW OFFICES OF JOHN K. DEMA, PC
                                      1236 Strand Street, Suite 103
                                      Christiansted, St. Croix, VI 00820
                                      Telephone: (340) 773-6142
                                      jdema@demalaw.com

4

DATED: April 29, 2025  BY:  /s/ Hugh Lambert
Hugh Lambert, Esq.
J. Christopher Zainey, Esq.
Brian Mersman, Esq.
LAMBERT ZAINEY SMITH & SOSO, APLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertainey.com
czainey@lambertzainey.com
bmersman@lambertzainey.com

Counsel for the *Moorhead* Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court's ECF system on April 29, 2025, which sent notice to counsel of record.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**