# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CLIFFORD BOYNES, et al.,<br>　　Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>　　Defendants. | **Civil Action No. 2021-0253** |
| HELEN SHIRLEY, et al.,<br>　　Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>　　Defendants. | **Civil Action No. 2021-0259** |
| MARY L. MOORHEAD, et al.,<br>　　Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>　　Defendants. | **Civil Action No. 2021-0260** |
| BEECHER COTTON, et al.,<br>　　Plaintiffs,<br>v.<br>LIMETREE BAY VENTURES, LLC, et al.,<br>　　Defendants. | **Civil Action No. 2021-0261** |

### **PLAINTIFFS' NOTICE OF SUPPLEMENTAL INFORMATION**

Plaintiffs submit this Notice of Supplemental Information to provide the Court with critical new information further supporting the denial of the Emergency Joint Motion to Stay (Dkt. 1298, 1301) filed by Defendants EIG Global Energy Partners, LLC ("EIG"), Limetree Bay Ventures, LLC ("LBV"), Limetree Bay Refining, LLC ("LBR") and Limetree Bay Terminals, LLC ("LBT") (collectively "Movers").

1

Movers ask this Court to stay all proceedings in this action until May 2026 because a handful of former executives, including Jeffrey Rinker, threatened to invoke their Fifth Amendment rights at their depositions. Defs.' Memorandum in Support of Emergency Mot. to Stay, Dkt. 1301. Movers, without basis, claim that these invocations will prevent them from presenting any "meaningful and substantive defense" in this action. Defs.' Reply in Support of Emergency Mot. to Stay, Dkt. 1330, at 15. This assertion should be rejected, and Movers' baseless motion denied for the reasons asserted in Plaintiffs' opposition. Dkt. 1322.

But now the risk of prejudice that Movers rely on in asking for a stay is further significantly reduced. Indeed, Rinker has confirmed that he will now move forward with his deposition and will not invoke the Fifth Amendment, but will instead provide substantive testimony. More specifically, on August 25, 2025, Rinker moved to dismiss his motion for protective order filed in the Southern District of Texas on July 15, 2025. Ex. A, Rinker Motion to Dismiss, 1. Rinker further confirmed that he "will testify substantively" at his deposition. *Id.* With Rinker now fully testifying, Movers no longer face the purported prejudice they rely on in asking for a stay. *See* Dkt. 1330, at 16–18. This development should be fatal to their request.

DATED: August 26, 2025                Respectfully submitted,

                                BY:   */s/ Daniel H. Charest*
                                      Warren T. Burns
                                      Daniel H. Charest
                                      Martin D. Barrie
                                      Quinn M. Burns
                                      Anna Katherine Benedict
                                      BURNS CHAREST LLP
                                      900 Jackson Street, Suite 500
                                      Dallas, Texas 75202
                                      Telephone: (469) 904-4550
                                      wburns@burnscharest.com

        dcharest@burnscharest.com
        mbarrie@burnscharest.com
        qburns@burnscharest.com
        abenedict@burnscharest.com

Korey A. Nelson
H. Rick Yelton
BURNS CHAREST LLP
201 Saint Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Telephone: (504) 799-2845
knelson@burnscharest.com
ryelton@burnscharest.com


BY:  */s/ Timothy W. Burns*
Timothy W. Burns
BURNS BAIR LLP
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
Telephone: (608) 286-2302
tburns@burnsbair.com


BY:  */s/ Vincent Colianni II*
Vincent Colianni, II
Vincent A. Colianni
Marina Leonard
COLIANNI & LEONARD LLC
2120 Company Street
Christiansted, St. Croix, VI 00820
Telephone: (340) 719-1766
vinny@colianni.com
vince@colianni.com
marina@colianni.com


BY:  */s/ C. Jacob Gower*
C. Jacob Gower
GOWER LEGAL LLC
1919 Pine Street
New Orleans, Louisiana 70118
Telephone: (337) 298-9734
jacob@gowerlegal.com

BY:  */s/ Kerry J. Miller*

3

|      | Kerry J. Miller<br>Paul C. Thibodeaux<br>E. Blair Schilling<br>Rebekka C. Veith<br>C. Hogan Paschal<br>Carly E. Jonakin<br>Julie S. Meaders<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170<br>Telephone: (504) 586-5252<br>kmiller@fishmanhaygood.com<br>pthibodeaux@fishmanhaygood.com<br>bschilling@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>cjonakin@fishmanhaygood.com<br>jmeaders@fishmanhaygood.com |
|------|---|
| BY:  | */s/ Hugh Lambert* |
|      | Hugh Lambert<br>J. Christopher Zainey<br>Brian Mersman<br>LAMBERT ZAINEY SMITH & SOSO, APLC<br>701 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-1750<br>Facsimile: (504) 529-2931<br>hlambert@lambertainey.com<br>czainey@lambertzainey.com<br>bmersman@lambertzainey.com |
| BY:  | */s/ Lee J. Rohn* |
|      | Lee J. Rohn<br>Rhea R. Lawrence<br>1108 King Street, Suite 3 (mailing)<br>56 King Street, Third Floor (physical)<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 778-8855<br>lee@rohnlaw.com<br>rhea@rohnlaw.com |
| BY:  | */s/ Michael Twersky* |
|      | Shanon J. Carson<br>Yechiel Michael Twersky<br>John Kerrigan |

4

|   |   |
|---|---|
|   | BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, Philadelphia 19103<br>Telephone: (215) 875-3000<br>scarson@bm.net<br>mitwersky@bm.net<br>jkerrigan@bm.net |
| BY: | */s/ John K. Dema*<br>John K. Dema (V.I. Bar. No. 357)<br>LAW OFFICES OF JOHN K. DEMA, PC<br>1236 Strand Street, Suite 103<br>Christiansted, St. Croix, VI 00820<br>Telephone: (340) 773-6142<br>jdema@demalaw.com |

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2025, a true and correct copy of the foregoing document was electronically served pursuant to the Federal Rules of Civil Procedure.

                                        */s/Daniel H. Charest*
                                        Daniel H. Charest