IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CLIFFORD BOYNES, et al.,** | ) | |
| Plaintiffs, | ) | **1:21-cv-00253** |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **HELEN SHIRLEY, et al.,** | ) | **1:21-cv-00259** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **MARY L. MOORHEAD, et al.,** | ) | **1:21-cv-00260** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |
| | ) | |
| **BEECHER COTTON, et al.,** | ) | **1:21-cv-00261** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **LIMETREE BAY VENTURES, LLC, et al.,** | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

**THIS MATTER** comes before the Court on the motion for *pro hac vice* admission of Matthew F. Medina, Esq. [ECF 1664].[1] Attorney Chivonne A.S. Thomas, on behalf of Defendant

---

[1] For the corresponding docket number in the consolidated matters, *see* 1:21-cv-00259, [ECF 1389]; and 1:21-cv-00260, [ECF 1463]; and 1:21-cv-00261, [ECF 1657].

1

BP Products North America Inc., has filed for the admission of Attorney Matthew F. Medina, to appear and participate as co-counsel for said defendant in the above-captioned matter. Attorney Thomas and Attorney Medina have satisfied all the requirements of Rule 83.1(b)(2)[2] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Matthew F. Medina is currently an attorney in good standing in the State of New York. Attorney Medina's New York Bar Number is 5932231. Attorney Medina is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of said motion, the completed *Pro Hac Vice* Application, and the record herein, it is now hereby

**ORDERED** that the motion [ECF 1664] for *pro hac vice* admission of Matthew F. Medina, Esq. is **GRANTED**; it is further

**ORDERED** that Matthew F. Medina, Esq. is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter; it is further

**ORDERED** that Matthew F. Medina, Esq. shall appear before the Court to take the oath of admission via videoconference on **January 30, 2026** at **11:00 AM**; and it is further

---

[2] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any attorney who is a member in good standing of the bar of any United States court or the highest court of a state, the District of Columbia or a commonwealth, territory, or possession of the United States may in the discretion of the Court, on motion, and upon taking the prescribed oath, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

**ORDERED** that Matthew F. Medina, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter prior to filing any documents in this case.

<table>
<tr><td></td><td>ENTER:</td></tr>
<tr><td>Dated: January 29, 2026</td><td><i>/s/ G. Alan Teague</i><br>G. ALAN TEAGUE<br>U.S. MAGISTRATE JUDGE</td></tr>
</table>

Case: 1:21-cv-00259-WAL-GAT     Document #: 1393     Filed: 01/29/26     Page 3 of 3